# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

AARON E. YOUNG,

    Plaintiff,

v.

NICHOLAS HOOKS,

    Defendant.

Case No. 2:16-cv-250
CHIEF JUDGE EDMUND A. SARGUS, JR.
Chief Magistrate Judge Elizabeth P. Deavers

## ORDER

On June 26, 2019, the Magistrate Judge issued a Report and Recommendation (ECF No. 54) in this case, recommending that the Defendant's *Motion to Dismiss* (ECF No. 38) be denied. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The deadline for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED** and the Court hereby **DENIES** Defendant's *Motion to Dismiss*. (ECF No. 38.)

**IT IS SO ORDERED.**

7-15-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE