# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

AARON E. YOUNG,

        *Plaintiff,*

    v.

NICHOLAS HOOKS,

        *Defendants.*

Case No. 2:16-cv-00250

Judge Edmund A. Sargus, Jr.

Chief Magistrate Judge Elizabeth P. Deavers

## STATUS REPORT

Pursuant to the Court's Order of April 13, 2020 (ECF No. 71), the parties hereby provide the following Status Report:

In consultation with the Mediator, the parties have scheduled a telephonic mediation to take place from 11:00 AM to 3:00 PM on Thursday, May 28, 2020.  The parties are engaging in preliminary negotiations through the Mediator, as well, and Plaintiff has conveyed a settlement demand to Defendant.

Respectfully submitted,

        DAVE YOST (0056290)
        Ohio Attorney General

*/s/ Benjamin B. Menker*
Benjamin B. Menker (0091995)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Phone:   (614) 281-3939
Fax:      (614) 461-4198
Email:   bmenker@jonesday.com

*Mediation Counsel for Plaintiff*
*Aaron E. Young*

*/s/ Jared S. Yee (with consent)*
Jared S. Yee (0096741)
Assistant Attorney General
Criminal Justice Section, Corrections Unit
150 East Gay Street, 16th Floor
Columbus, OH 43215
Phone:   (614) 644-7233
Fax:      (855) 852-1897
Email:   jared.yee@ohioattorneygeneral.gov

*Counsel for Defendant Nicholas Hooks*